# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| UNITEDHEALTHCARE INSURANCE COMPANY AND UNITED HEALTHCARE SERVICES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC, <br><br> Defendants. | Case No. 3:21-CV-00364-DCLC-DCP |

## JOINT MOTION TO APPROVE STIPULATION REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION AND PROPOSED ORDER

Pursuant to the Court's Scheduling Order, Plaintiffs United Healthcare Services, Inc., UnitedHealthcare Insurance Company, and UMR, Inc. and Defendants Team Health Holdings, Inc., Ameriteam Services, LLC, and HCFS Health Care Financial Services, LLC have conferred and agreed upon the terms of a stipulation regarding the discovery of electronically stored information in this matter. The Stipulation regarding Discovery of Electronically Stored Information and Proposed Order are attached hereto as Exhibit 1. The Parties respectfully request that the Court enter the agreed Stipulation to govern the discovery of electronically stored information in this matter.

1

Respectfully submitted,

Dated: January 5, 2023.

**PAINE, TARWATER & BICKERS, LLP**

<u>/s/ Kendell G. Vonckx</u>
Dwight E. Tarwater (BPR #007244)
det@painetarwater.com
Michael J. King (BPR #015523)
mjk@painebickers.com
Kendell G. Vonckx (BPR #035139)
kgv@painetarwater.com
900 South Gay Street, Suite 2200
Knoxville, TN  37902-1821
Telephone:  865-525-0880
Facsimile:   865-521-7441

and

Jeffrey S. Gleason (*pro hac vice*)
jgleason@robinskaplan.com
Jamie R. Kurtz (*pro hac vice*)
jkurtz@robinskaplan.com
Charlie C. Gokey (*pro hac vice*)
cgokey@robinskaplan.com
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
T: (612) 349–8500

and

Paul D. Weller (*pro hac vice*)
pweller@robinskaplan.com
Gregory S. Voshell (*pro hac vice*)
gvoshell@robinskaplan.com
900 Third Avenue
Suite 11900
New York, New York 10022
T: (212) 980-7400

*Counsel for the Plaintiffs*

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

<u>*/s/ Caldwell G. Collins*</u>
Gary C. Shockley (BPR 010104)
Caldwell G. Collins (BPR 028452)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
(615) 726-5704 (phone)
(615) 744-5704 (fax)
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

Nora A. Koffman (BPR 038025)
602 Sevier Street, Suite 300
Johnson City, TN 37604
(423) 928-0181(phone)
nkoffman@bakerdonelson.com

Matthew S. Mulqueen (BPR 028418)
W. Preston Battle IV (BPR 035044)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2000 (phone)
mmulqueen@bakerdonelson.com
pbattle@bakerdonelson.com

and

Martin B. Goldberg (FL BPR 827029)
(Admitted *pro hac vice*)
Justin C. Fineberg (FL BPR 53716)
(Admitted *pro hac vice*)
Lash & Goldberg LLP
2500 West Road, Suite 2200
Fort Lauderdale, FL 33331
(954) 384-2500 (phone)
mgoldberg@lashgoldberg.com
jfineberg@lashgoldberg.com

*Counsel for Defendants*

3