UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| UNITED HEALTHCARE SERVICES, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | 3:21-CV-00364-DCLC-DCP |
| v. | ) ) | |
| TEAM HEALTH HOLDINGS, INC., et al., | ) ) | |
| Defendants. | | |

**ORDER**

This matter is before the Court on the parties' Joint Motion for a Status Conference to Discuss Amendment of the Scheduling Order [Doc. 75]. A telephonic status conference shall be held on **February 7, 2024, at 1:00 p.m. EST**. The parties shall call the Court's conference line at 866-390-1828 and enter access code 4845352 at the appointed time.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge