UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| UNITED HEALTHCARE SERVICES, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | 3:21-CV-00364-DCLC-DCP |
| v. | ) ) | |
| TEAM HEALTH HOLDINGS, INC., et al., | ) ) | |
| Defendants. | | |

**ORDER**

Before the Court is the parties' joint motion for an in-person status conference to discuss amending the Second Amended Scheduling Order [Doc. 83]. The parties' motion is well-taken and **GRANTED**. A status conference shall be held on **November 21, 2024, at 9:00 a.m. EST** at the James H. Quillen United States Courthouse in Greeneville, Courtroom 420.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge