UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, AND UMR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC, <br><br> Defendants. | Case No. 3:21-cv-00364 |

**Notice Regarding Stipulated Extension of Expert Disclosure Deadline**

Defendants, Team Health Holdings, Inc., AmeriTeam Services, LLC, and HCFS Health Care Financial Services, LLC, through their respective counsel, hereby notify the Court of the Parties' stipulation to extend expert disclosure deadlines.

Under the current Amended Scheduling Order in this case [Doc. 77], Plaintiffs were to make expert disclosures on September 13, 2024. Defendants' expert disclosure deadline was set for November 15, 2024. *Id.* The Court's Scheduling Order also states that "[t]he parties may agree to extend the deadline for any disclosure required by Rule 26 or this scheduling order, but such agreement must be in writing to be effective." [Doc. 43, ¶ 5(i)]. On August 6, 2024, Plaintiffs requested additional time for their disclosures. After discussion, the parties agreed in writing to suspend and extend the expert disclosure deadlines for all parties pending the parties' joint request for a conference to discuss an overall extension of the Scheduling Order. The parties informed the Court of this agreement in their October 1, 2024, motion for a status conference, [Doc. 83], and on

1

November 13, 2024, the Court granted the joint motion and set a status conference for November 21, 2024 [Doc. 86].

Pending further discussion of an overall schedule at the upcoming November 21 conference, and for good cause pursuant to Rule 16(b)(4), Defendants hereby notify the Court of the parties' stipulation to extend Defendants' November 15 expert disclosure deadline to such time as the Court may determine at or following the November 21, 2024, scheduling conference.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ Gary C. Shockley*
Gary C. Shockley (BPR 010104)
Caldwell G. Collins (BPR 028452)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
(615) 726-5704 (phone)
(615) 744-5704 (fax)
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

Nora A. Koffman (BPR 038025)
602 Sevier Street, Suite 300
Johnson City, TN 37604
(423) 928-0181(phone)
nkoffman@bakerdonelson.com

Matthew S. Mulqueen (BPR 028418)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2000 (phone)
mmulqueen@bakerdonelson.com

and

Martin B. Goldberg (FL BPR 827029)
(Admitted *pro hac vice*)
Justin C. Fineberg (FL BPR 53716)

2

(Admitted *pro hac vice*)
Lash & Goldberg LLP
2500 West Road, Suite 2200
Fort Lauderdale, FL 33331
(954) 384-2500 (phone)
mgoldberg@lashgoldberg.com
jfineberg@lashgoldberg.com

***Counsel for Defendants Team Health Holdings, Inc.; AmeriTeam Services, LLC; and HCFS Health Care Financial Services, LLC***

## CERTIFICATE OF SERVICE

I hereby certify under Rule 5 of the Federal Rules of Civil Procedure that true and exact copies of the foregoing Notice Regarding Stipulated Extension of Expert Disclosure Deadline was served on the following counsel of record via operation of the Court's electronic filing system on this 14th day of November, 2024:

Michael J. King
Kendell Garrett Vonckx
Paine Tarwater Bickers LLP
900 S. Gay Street, Suite 2200
Knoxville, TN 37902
mjk@painebickers.com
kmg@painetarwater.com

Jamie R. Kurtz
Nathaniel J. Moore
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
jkurtz@robinskaplan.com
nmoore@robinskaplan.com

Paul D. Weller
Robins Kaplan LLP
900 Third Avenue, Suite 11900
New York, NY 10022
pweller@robinskaplan.com

*/s/ Gary C. Shockley*
Gary C. Shockley