# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# GREENEVILLE DIVISION

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY, and UMR, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br><br>TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No. 3:21-cv-00364-DCLC-DCP |

## STIPULATION TO EXTEND SIMULTANEOUS BRIEFING SCHEDULE

The United Plaintiffs and TeamHealth Defendants hereby stipulate and agree that the deadline for reply briefs in support of their respective Motions to Compel Discovery (*see* ECF Nos. 93, 95, 97) and TeamHealth's Motion to Release Confidentiality Designations (ECF No. 99) shall be extended by five days from February 28, 2025 to March 5, 2025. United and TeamHealth agree that good cause exists for the requested extension, including illness of counsel, and that this reciprocal extension will not unduly delay these proceedings. A proposed form of order accompanies this stipulation.

Dated: February 25, 2025                                            Respectfully submitted,

By: /s/ Jamie R. Kurtz

Michael J. King (BPR 015523)
Kendell G. Vonckx (BPR 035139)
**Paine Tarwater Bickers, LLP**
900 South Gay Street, Suite 2200
Knoxville, Tennessee 37902-1821
T: (865) 525-0880
mjk@painbickers.com
kgv@paintarwater.com

Jamie R. Kurtz (MN BPR 391792)
Marcus A. Guith (MN BPR 0399520)
**Robins Kaplan LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402–2015
T: (612) 349–8500
jkurtz@robinskaplan.com
mguith@robinskaplan.com

Paul D. Weller (PA BPR 61175)
**Robins Kaplan LLP**
900 Third Avenue
Suite 11900
New York, New York 10022
T: (212) 980-7400
pweller@robinskaplan.com

*Counsel for Plaintiffs UnitedHealthcare Insurance Company, United Healthcare Services, Inc., and UMR Inc.*

/s/ Gary C. Shockley (with permission)
Gary C. Shockley (BPR 010104)
Caldwell G. Collins (BPR 028452)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
(615) 726-5704 (phone)
(615) 744-5704 (fax)
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

Nora A. Koffman (BPR 038025)
602 Sevier Street, Suite 300
Johnson City, TN 37604
(423) 928-0181(phone)

nkoffman@bakerdonelson.com

Matthew S. Mulqueen (BPR 028418)
W. Preston Battle IV (BPR 035044)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2000 (phone)
mmulqueen@bakerdonelson.com
pbattle@bakerdonelson.com

**Lash & Goldberg LLP**
Martin B. Goldberg (FL BPR 827029)
(Admitted *pro hac vice*)
Justin C. Fineberg (FL BPR 53716)
(Admitted *pro hac vice*)
2500 West Road, Suite 2200
Fort Lauderdale, FL 33331
(954) 384-2500 (phone)
mgoldberg@lashgoldberg.com
jfineberg@lashgoldberg.com

*Counsel for Defendants Team Health Holdings, Inc.; AmeriTeam Services, LLC; and HCFS Health Care Financial Services, LLC*