UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY, and UMR, INC., <br><br> Plaintiffs, <br><br> vs. <br><br><br> TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC, <br><br> Defendants. | Case No. 3:21-cv-00364-DCLC-DCP |

## JOINT MOTION FOR ORAL ARGUMENT

The United Plaintiffs and TeamHealth Defendants respectfully request that the Court hold oral argument on the discovery motions recently filed in this matter. (*See* ECF Nos. 93, 95, 97, 99.) The Court previously indicated an interest in holding oral argument on the omnibus discovery motions during the status conference held on November 21, 2024. The Parties' motions cover more than 40 discrete Requests for Production on issues that each side believes are of critical importance to their respective claims or defenses, as well as disputed designations under the Protective Order (ECF No. 53). Oral argument would provide an opportunity to address any questions the Court may have after reviewing the extensive briefing and may expedite the Court's ability to resolve the issues presented while also preserving judicial resources.

If the Court is inclined to grant the parties' Joint Motion for Oral Argument, counsel for each party is available between April 7-9, 2025. If these dates are not available, the parties will

work in good faith to find additional dates in April that fit the Court's schedule. Based on the foregoing, United and TeamHealth respectfully request that the Joint Motion for Oral Argument be **GRANTED.**

Dated: March 13, 2025                                    Respectfully submitted,

2

Case 3:21-cv-00364-DCLC-DCP      Document 123     Filed 03/13/25     Page 2 of 3
PageID #: 2175

By: */s/ Jamie R. Kurtz*

Michael J. King (BPR 015523)
Kendell G. Vonckx (BPR 035139)
**Paine Tarwater Bickers, LLP**
900 South Gay Street, Suite 2200
Knoxville, Tennessee 37902-1821
T: (865) 525-0880
mjk@painbickers.com
kgv@paintarwater.com

Jamie R. Kurtz (MN BPR 391792)
Marcus A. Guith (MN BPR 0399520)
**Robins Kaplan LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402–2015
T: (612) 349–8500
jkurtz@robinskaplan.com
mguith@robinskaplan.com

Paul D. Weller (PA BPR 61175)
**Robins Kaplan LLP**
900 Third Avenue
Suite 11900
New York, New York 10022
T: (212) 980-7400
pweller@robinskaplan.com

*Counsel for Plaintiffs UnitedHealthcare Insurance Company, United Healthcare Services, Inc., and UMR Inc.*

*/s/ Gary C. Shockley (with permission)*
Gary C. Shockley (BPR 010104)
Caldwell G. Collins (BPR 028452)
Claire Fox Hodge (BPR 037560)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
(615) 726-5704 (phone)
(615) 744-5704 (fax)
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

Nora A. Koffman (BPR 038025)
602 Sevier Street, Suite 300
Johnson City, TN 37604
(423) 928-0181(phone)

nkoffman@bakerdonelson.com

Matthew S. Mulqueen (BPR 028418)
W. Preston Battle IV (BPR 035044)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2000 (phone)
mmulqueen@bakerdonelson.com
pbattle@bakerdonelson.com

**Lash & Goldberg LLP**
Martin B. Goldberg (FL BPR 827029)
(Admitted *pro hac vice*)
Justin C. Fineberg (FL BPR 53716)
(Admitted *pro hac vice*)
2500 West Road, Suite 2200
Fort Lauderdale, FL 33331
(954) 384-2500 (phone)
*Counsel for Defendants Team Health Holdings, Inc.; AmeriTeam Services, LLC; and HCFS Health Care Financial Services, LLC*

3

Case 3:21-cv-00364-DCLC-DCP   Document 123   Filed 03/13/25   Page 3 of 3
PageID #: 2176