UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY, and UMR, INC.,<br><br>                  Plaintiffs,<br><br>vs.<br><br><br>TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC,<br><br>                  Defendants. | Case No. 3:21-cv-00364-DCLC-DCP |

## NOTICE REGARDING STIPULATED EXTENSION OF EXPERT DISCOVERY

Plaintiffs United Healthcare Services, Inc., UnitedHealthcare Insurance Company, and UMR, Inc. hereby provide notice to the Court of the parties' stipulation to extend disclosure deadlines.

Under the current cases deadlines, Plaintiffs' initial expert disclosures are due on June 13, 2025, TeamHealth's expert disclosures are due August 15, 2025, and rebuttal disclosures are due on September 15, 2025. (*See* ECF No. 89.) The Court's Scheduling Order states that "[t]he parties may agree to extend the deadline for any disclosure required by Rule 26 or this scheduling order, but such agreement must be in writing to be effective." (*Id.* at PageID 610.)

On May 15, 2025, Plaintiffs proposed a limited extension of the deadlines for expert disclosures. After discussion, the parties agreed to a three-week extension of the expert disclosure

1

deadlines, and a one-week extension of the discovery cut-off as set forth below. No other case deadlines are impacted.

| Event | Current Deadline | Amended deadline |
|---|---|---|
| Opening Reports | 6/13/2025 | 7/4/2025 |
| Responsive reports | 8/15/2025 | 9/5/2025 |
| Rebuttal reports | 9/15/2025 | 10/3/2025 |
| Close of all discovery | 10/23/2025 | 10/30/2025 |

**SO STIPULATED.**

Dated: April 15, 2025                                         Respectfully submitted,

**PAINE BICKERS LLP**

*/s/Jamie R. Kurtz*
Michael J. King (BPR 015523)
Kendell G. Vonckx (BPR 035139)
900 South Gay Street, Suite 2200
Knoxville, TN 37902-1821
mjk@painebickers.com
kgv@painebickers.com

and

**ROBINS KAPLAN, LLP**
Jamie R. Kurtz (MN BPR 391792)
Marcus A. Guith (MN BPR 399520)
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
jkurtz@robinskaplan.com
mguith@robinskaplan.com

Paul D. Weller (PA BPR 61175)
900 Third Avenue, Suite 11900

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ Gary C. Shockley (with permission)*
Gary C. Shockley (BPR 010104)
Caldwell G. Collins (BPR 028452)
Claire M. Fox Hodge (BPR 037560)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
(615) 726-5704 (phone)
(615) 744-5704 (fax)
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com
cfoxhodge@bakerdonelson.com

Nora A. Koffman (BPR 038025)
602 Sevier Street, Suite 300
Johnson City, TN 37604
(423) 928-0181(phone)
nkoffman@bakerdonelson.com

Matthew S. Mulqueen (BPR 028418)
W. Preston Battle IV (BPR 035044)
165 Madison Avenue, Suite 2000
Memphis, TN 38103

2

96146888.2
96146888.2
Case 3:21-cv-00364-DCLC-DCP    Document 151    Filed 05/27/25    Page 2 of 3
PageID #: 2737

New York, New York 10022
pweller@robinskaplan.com

**Counsel for Plaintiffs United Healthcare Services, Inc., UnitedHealthcare Insurance Company, and UMR, Inc.**

(901) 526-2000 (phone)
mmulqueen@bakerdonelson.com
pbattle@bakerdonelson.com

Robert E. Meyer (BPR 039360)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000 (phone)
rmeyer@bakerdonelson.com

Martin B. Goldberg (FL BPR 827029)
(Admitted *pro hac vice*)
Justin C. Fineberg (FL BPR 53716)
(Admitted *pro hac vice*)
Lash & Goldberg LLP
2500 West Road, Suite 2200
Fort Lauderdale, FL 33331
(954) 384-2500 (phone)
mgoldberg@lashgoldberg.com
jfineberg@lashgoldberg.com

**Counsel for Defendants Team Health Holdings, Inc.; AmeriTeam Services, LLC; and HCFS Health Care Financial Services, LLC**

3

96146888.2
96146888.2
Case 3:21-cv-00364-DCLC-DCP   Document 151   Filed 05/27/25   Page 3 of 3
PageID #: 2738