**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**GREENEVILLE DIVISION**

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY, and UMR, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No. 3:21-cv-00364-DCLC-DCP |

**NOTICE OF PENDING SETTLEMENT**

Plaintiffs United Healthcare Services, Inc., UnitedHealthcare Insurance Company, and UMR, Inc. and Defendants Team Health Holdings, Inc., AmeriTeam Services, LLC, and HCFS Health Care Financial Services, LLC (collectively, "the Parties"), hereby give notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

The Parties are in the process of preparing and finalizing a settlement agreement. Accordingly, the Parties respectfully request the Court vacate all pending deadlines and stay this matter for forty-five (45) days, or September 24, 2026, at which time a status report informing this Court of the settlement status or a joint notice of dismissal with prejudice, with each side bearing their own attorneys' fees and costs, shall be due.

Dated: August 11, 2026

By: */s/Jamie R. Kurtz*

Michael J. King (BPR 015523)
Kendell G. Vonckx (BPR 035139)
**Paine Bickers, LLP**
900 South Gay Street, Suite 2200
Knoxville, Tennessee 37902-1821
T: (865) 525-0880
mjk@painebickers.com
kgv@painebickers.com

Jamie R. Kurtz (MN BPR 391792)
Marcus A. Guith (MN BPR 399520)
**Robins Kaplan LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402–2015
T: (612) 349–8500
jkurtz@robinskaplan.com
mguith@robinskaplan.com

Paul D. Weller (PA BPR 61175)
**Robins Kaplan LLP**
1325 Avenue of the Americas Suite 2601
New York, New York 10019
T: (212) 980-7400
pweller@robinskaplan.com

*Counsel for Plaintiffs UnitedHealthcare Insurance Company, United Healthcare Services, Inc., and UMR Inc.*