**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**GREENEVILLE DIVISION**

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY, and UMR, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No. 3:21-cv-00364-DCLC-DCP |

**JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the parties' Confidential Settlement Agreement, the parties hereby give notice that the above captioned action is voluntarily dismissed ***with prejudice***, with each side to bear its own attorneys' fees and costs incurred.

Dated: September 23, 2026

Respectfully submitted,

*/s/ Jamie R. Kurtz*

**PAINE BICKERS LLP**

Michael J. King (BPR 015523)
Kendell G. Vonckx (BPR 035139)

*/s/ Justin C. Fineberg*

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

Gary C. Shockley (BPR 010104)

900 South Gay Street, Suite 2200
Knoxville, TN 37902-1821
mjk@painebickers.com
kgv@painebickers.com

and

**ROBINS KAPLAN, LLP**
Jamie R. Kurtz (MN BPR 391792)
Marcus A. Guith (MN BPR 399520)
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
jkurtz@robinskaplan.com
mguith@robinskaplan.com

Paul D. Weller (PA BPR 61175)
900 Third Avenue, Suite 11900
New York, New York 10022
pweller@robinskaplan.com

***Counsel for Plaintiffs United Healthcare Services, Inc., UnitedHealthcare Insurance Company, and UMR, Inc.***

Caldwell G. Collins (BPR 028452)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
(615) 726-5704 (phone)
(615) 744-5704 (fax)
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

Matthew S. Mulqueen (BPR 028418)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2000 (phone)
mmulqueen@bakerdonelson.com

and

**LASH GOLDBERG FINEBERG, LLP**
Justin C. Fineberg (FL BPR 53716)
John W. Black (FL BPR 58231)
Lash & Goldberg LLP
2500 West Road, Suite 2200
Fort Lauderdale, FL 33331
(954) 384-2500 (phone)
jfineberg@lashgoldberg.com
jblack@lashgoldberg.com

***Counsel for Defendants Team Health Holdings, Inc.; AmeriTeam Services, LLC; and HCFS Health Care Financial Services, LLC***